DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERED EMANO** and **BERNARD EMANO,**
Appellants,

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE
RALI 2006-QS15,**
Appellee.

No. 4D22-108

[October 20, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 10043460.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Eve A. Cann of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***